# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SAMUEL ORTIZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-01594-GPG-SBP ) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO DISMISS CASE

Plaintiff Samuel Ortiz hereby gives notice all claims raised by his Complaint are resolved. Plaintiff respectfully requests the Court to close this case.

Respectfully submitted,

**/s/ Andrew M. Esselman**
Andrew M. Esselman
Credit Law Center, LLC
4041 NE Lakewood Way, Suite 140
Lee's Summit, MO 64064
Tel: (816) 246-7800
Fax: (855) 523-6884
andrewe@creditlawcenter.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

/s/      **Andrew M. Esselman**
Attorney for Plaintiff